UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of the Search of | : | Mag. No.: 05-013M-01 |
| Apartment A, | : | |
| 1815 10th Street, N.W. | : | |
| Washington, D.C. | : | **UNDER SEAL** |
| | : | |

**NOTICE OF DISCLOSURE OF AFFIDAVIT IN SUPPORT OF SEARCH WARRANT UNDER RULES 11 AND 16 AND OTHER AUTHORITY**

Pursuant to Federal Rules of Criminal Procedure 11 and 16, the United States, through its counsel, the United States Attorney for the District of Columbia, respectfully submits this Notice to advise the Court of the expected disclosure of an affidavit in support of a search warrant to criminal defense counsel G. Allen Dale, Esq.

On January 7, 2005, the United States applied to the Court for a warrant to search the premises at Apartment A, 1815 10th Street, N.W., Washington, D.C.  The Court authorized that warrant application and granted the government's motion to seal the matter.  Shortly thereafter, federal law enforcement agents executed the search warrant and collected evidence relating to the distribution, receipt and possession of child pornography.

Counsel for the United States is currently scheduled to meet with Mr. G. Allen Dale, defense counsel for the subject of this criminal investigation to provide him with information concerning the alleged offenses.  In furtherance of such meeting and discussions, the United States intends to disclose the affidavit in support of the search warrant to defense counsel Dale pursuant to Fed. R. Crim. P. 11 and 16 and any other applicable notification requirements.

Wherefore, the United States hereby respectfully notifies the Court of its intention to so

provide defense counsel with a copy of the affidavit filed in support of the search warrant application and respectfully requests that the warrant and affidavit remain sealed for all other purposes.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

    By:_____
    JEANNE M. HAUCH
    Assistant United States Attorney
    Transnational and Major Crimes Section
    D.C. Bar #426585
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-5776