UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | |
| v. | ) | (UNDER SEAL) |
| | ) | |
| BRUCE A. SCHIFFER, | ) | |
| Defendant. | ) | |

### ORDER TO SEAL

Having considered the Government's Motion for an Order to Seal the Indictment returned in the above-captioned matter on June 9, 2005, and

having found that Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for legitimate prosecutorial reasons, and

having found that sealing the Indictment in the above-captioned matter will further the legitimate prosecutorial interest in enabling law enforcement safely to secure the custody of the defendant,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that the Indictment in the above-captioned matter be sealed by the Clerk of the Court until further order of this Court, except that the United States Government may disclose the existence and/or contents of the Indictment in the above-captioned matter to appropriate Executive Branch and law enforcement officials to the extent that such disclosure is in furtherance of efforts to obtain custody of the defendant, and it is

2

HEREBY FURTHER ORDERED that the Government's Motion for an Order to Seal the Indictment and this Order be sealed until the apprehension of the defendant, at which time it shall be unsealed without further order of the Court, and it is

HEREBY FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, pleadings and warrant in this case.

Date:_____              _____
                                    UNITED STATES MAGISTRATE JUDGE




cc:     Jeanne M. Hauch
        Assistant United States Attorney
        Transnational/Major Crimes Section
        555 Fourth Street, N.W., 11th Floor
        Washington, D.C.  20530