UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | Criminal No. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2251(d)(1)(A) <br> (Advertising Child Pornography) |
| | : | |
| | | 18 U.S.C. § 2252(a)(1) |
| | : | (Transporting Child Pornography) |
| **BRUCE A. SCHIFFER,** | | |
| | : | 18 U.S.C. § 2252(a)(2) <br> (Receiving Child Pornography) |
| | : | |
| | | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Possessing Child Pornography) |
| Defendant. | : | 18 U.S.C. § 2253 <br> (Criminal Forfeiture) |

**I N D I C T M E N T**

The Grand Jury Charges that:

**COUNT ONE**

1. At all times material to these charges, within the District of Columbia, the defendant, **BRUCE A. SCHIFFER**, knowingly operated a file server for the purposes of advertising, transporting and receiving child pornography from other persons in the United States and worldwide.

2. A file server, often known as an "f-serve," is a computer that is configured by the user, through the use of special software, to permit selected files to be downloaded by the public, to allow the public to upload files to that computer, and to advertise on specified Internet Relay Chat (hereinafter "IRC") channels a willingness to receive or distribute files.

3. **BRUCE A. SCHIFFER** advertised his f-serve on the "100%preteenboysexpics" IRC channel, making available to the public a collection of approximately 11,000 image and movie files of child pornography and erotic depictions of children.

4. Beginning on or about September 1, 2004 and continuing until on or about January 14, 2005, collectors and distributors of child pornography in the United States and worldwide visited **BRUCE A. SCHIFFER's** file server to distribute and receive thousands of image and movie files of child pornography and erotic depictions of children.

5. On or about October 13, 2004, in the District of Columbia, the defendant, **BRUCE A. SCHIFFER**, did knowingly make, print and publish, and cause to be made printed and published, a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, one and more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that is, **BRUCE A. SCHIFFER** placed a notice and advertisement for his file server, which contained image and movie files of child pornography, in an IRC channel known as "100%preteenboysexpics."

(**Advertising Child Pornography**, in violation of 18 U.S.C. § 2251(d)(1)(A)).

## COUNTS TWO THROUGH SEVEN

1. The allegations contained in paragraphs 1 through 4 of Count One above are realleged herein.

2. Between on or about November 4, 2004 and on or about January 7, 2005, in the District of Columbia, the defendant, **BRUCE A. SCHIFFER**, did knowingly transport and ship in interstate and foreign commerce by any means including by computer one and more visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that is, **BRUCE A. SCHIFFER** shipped and transported computer files that contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), including the following files:

| COUNT | Date of Transport | Images Transported |
|---|---|---|
| COUNT TWO | January 7, 2005 | baby004.jpg<br>boynbaby.jpg<br>pthc_ultra_hard_pedo_child_porn_pedofilia_(new)_016.jpg<br>mkby.0465.jpg |
| COUNT THREE | January 6, 2005 | smoothies_281.jpg<br>boy.kiddy.mpg |
| COUNT FOUR | November 28, 2004 | lilone.jpg<br>23671484.jpg<br>torture12.jpg |
| COUNT FIVE | November 20, 2004 | matthewds50.jpg<br>matthewds51.jpg |
| COUNT SIX | November 18, 2004 | baby003.jpg<br>5y-assfuck1.mpg<br>cumonlilboy.mpg |

| COUNT | Date of Transport | Images Transported |
|---|---|---|
| COUNT SEVEN | November 4, 2004 | gerber24.jpg<br>gerber26.jpg<br>gerber31.jpg<br>gerber54.jpg<br>gerber55.jpg<br>gerber57.jpg<br>gerber58.jpg<br>gerber59.jpg |

(**Transporting Child Pornography**, in violation of 18 U.S.C. § 2252(a)(1)).

## COUNTS EIGHT THROUGH TEN

1. The allegations contained in paragraphs 1 through 4 of Count One above are realleged herein.

2. Between on or about October 18, 2004 and on or about November 20, 2004, in the District of Columbia, the defendant, **BRUCE A. SCHIFFER,** did knowingly receive one and more visual depictions that had been mailed, and had been shipped and transported in interstate or foreign commerce, and which contained materials that had been mailed and so shipped and transported, by various means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that is, **BRUCE A. SCHIFFER** received computer graphic files which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), including:

| COUNT | Date of Receipt | Images Received |
|---|---|---|
| COUNT EIGHT | November 20, 2004 | Pedo_2_8yo_boys_man.mpg |
| COUNT NINE | November 4, 2004 | Z1b_little_boy_bondage_11yo_and_men_Full_version.mpg<br>P101_69er01.mpg<br>Ronald-2.mpg<br>Copy_of_cute_12yo_blond_boy_sucks_and_gets_fucked_by_cameraman.mpg |
| COUNT TEN | October 18, 2004 | cummingcompilation.mpg |

(**Receiving Child Pornography**, in violation of 18 U.S.C. § 2252(a)(2)).

**COUNT ELEVEN**

1. The allegations contained in paragraphs 1 through 4 of Count One above are realleged herein.

2. On or about January 14, 2005, within the District of Columbia, the defendant, **BRUCE A. SCHIFFER,** did knowingly possess one and more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, and had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that is: **BRUCE A. SCHIFFER** knowingly possessed a laptop computer hard drive containing more than six hundred (600) computer graphic files, including one and more of the image and movie files

referenced below, each of which contained visual depictions of minors under the age of 18 years engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), such as:

>  7yoboyand30yomansuckfuck.mpg
>
>  ssukm.mpg
>
>  pjk-009.mpg
>
>  05hel-lo.mpg
>
>  baby_fuck_me!.mpg
>
>  !!!!video_boys_fucking_very_gd_v5b.mpg
>
>  [8=d]priv01[tied-up](465)[06-10].mpg
>
>  PHTC_Childlover_P020.jpg
>
>  bbondage209_(1).jpg
>
>  kid_rape2-6.jpg
>
>  cousinpri7yo12.mpg

(**Possessing Child Pornography**, in violation of 18 U.S.C. § 2252(a)(4)).

## FORFEITURE ALLEGATION

1. The violations alleged in Counts One through Eleven of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. If convicted of any of the offenses set forth in the Indictment, **BRUCE A. SCHIFFER,** the defendant herein, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of any of the

offenses set forth in the Indictment. Such property includes, but is not limited to, the following specific items found in the possession of **BRUCE A. SCHIFFER** on or about January 14, 2005:

    a.    Dell Inspiron 1150 laptop computer, Model PP08L, s/n D3X3351;

    b.    KIWI laptop computer, Opennote 6801, s/n 96T1072834;

    c.    Dell Latitude CPX laptop computer, s/n 8JEBI;

    d.    Dell Latitude laptop computer, model TS30G1, s/n 6407346BYK0805A;

    e.    Generic computer labeled 192.168.1.102 containing zip drive;

    f.    Micron Millennia KKU computer, model Al440LX-P11233-MT, s/n 1128106-0004; and

    g.    Various storage media including compact disks, DVDs floppy diskettes, compact flash card, and VHS tapes.

(**Criminal Forfeiture**, in violation of 18 U.S.C. § 2253).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia