WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-225    MAGIS. NO: |
| V. <br> BRUCE A. SCHIFFER | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> BRUCE A. SCHIFFER |
| DOB:    PDID: | |
| WARRANT ISSUED ON THE BASIS OF: <br> Indictment | DISTRICT OF ARREST |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Advertising Child Pornography

Transporting Child Pornography

Receivng Child Pornography

Possessing Child Pornography

*Quashed as Executed* 6/13/05

FILED
JUN 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 2251(d)(1)(A)     18 U.S.C. § 2252(a)(2)

18 U.S.C. § 2252(a)(1)     18 U.S.C. § 2252(a)(4)(B)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> Magistrate Judge Facciola | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: <br> 06/09/05 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 6/9/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6/13/05 | Sean McLeod    SDUSM | S-3 M |

UNSEALED