ATTACHMENT A

Criminal Common Law Order Book _____ Page __1029__

Judge Harris
VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF HENRICO

COMMONWEALTH OF VIRGINIA
V.
BRUCE A. SCHIFFER

ORDER - CASE NO. CR91-330-00F

On April 10, 1991, came the attorney for the Commonwealth and Bruce A. Schiffer, born December 18, 1970, who stands indicted for a felony, to-wit: attempt to persuade another to commit a felony, to-wit: sodomy (Virginia Code Section 18.2-29) appeared according to the condition of his recognizance, and came also Thomas L. Gordon, his attorney.

Whereupon the accused was arraigned and after private consultation with and being advised by his said counsel, pleaded **GUILTY** to the Indictment, which plea was tendered by the accused in person, and the Court, having made inquiry and being of the opinion that the accused fully understood the nature and effect of his plea and of the penalties that may be imposed upon his conviction and of the waiver of trial by jury and of appeal, and finding that his plea was voluntarily and intelligently made, proceeded to hear and determine the case without the intervention of a jury as provided by law, and having heard the evidence and argument of counsel, finds the accused guilty of attempt to persuade another to commit a felony, to-wit: sodomy (Virginia Code Section 18.2-29), as charged in the Indictment.

The Court, before fixing punishment or imposing sentence, directs the Probation Officer of this Court to thoroughly investigate and report to the Court as provided by law, on the 13th day of June, 1991, and sentencing is set for the 19th day of June, 1991, at 9:00 o'clock a.m., to which time this case is continued.

The Court orders the defendant be examined pursuant to Virginia Code Section 19.2-300, and hereby appoints Dr. Karen F. Carr, Ph.D., a licensed clinical psychologist with the Henrico

Criminal Common Law Order Book 43 Page 1000

County Mental Health Clinic, to examine the defendant and to report in writing on any sexual abnormality indicated by said examination.

The attorney for the defendant then moved the Court to allow the defendant to remain on his present bond pending the sentencing hearing, which motion was denied.

The Court certifies that at all times during the trial of this case the defendant was present in person and his attorney was likewise present in person and capably represented the defendant.

Thereupon, the defendant was remanded to the custody of the Sheriff, to be held without bond.

The Clerk is directed to forward an attested copy of this Order to Henrico Mental Health, 10299 Woodman Rd., Glen Allen, VA 23060.

Enter: 4/12/91

*[signature]*
Judge

tlv

c 4.15.91
3

*A COPY TESTE:*
*[signature]*
DEPUTY CLERK

Criminal Common Law Order Book 4 9 Page 2553

Judge Harris
VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF HENRICO

COMMONWEALTH OF VIRGINIA
V.
BRUCE A. SCHIFFER

ORDER -CASE NO. CR91-330-00F

On June 19, 1991, came the attorney for the Commonwealth and Bruce A. Schiffer, born December 18, 1970, who stands convicted of a felony, to-wit: attempt to persuade another to commit a felony, to-wit: sodomy (Virginia Code Section 18.2-29), was led to the bar in the custody of the Sheriff of this Court, and came also Thomas L. Gordon, his attorney.

And the Probation Officer of this Court, to whom this case has been previously referred for investigation, appeared in open court with a written report, which report he presented to the Court in open court in the presence of the defendant who was fully advised of the contents of the report and a copy of said report was also delivered to counsel for the accused.

Thereupon the defendant and his counsel were given the right to cross-examine the Probation Officer as to any matter contained in the said report and to present any additional facts bearing upon the matter as they desired to present. The report of the Probation Officer is hereby filed as a part of the record in this case.

Whereupon the Court taking into consideration all of the evidence in the case, the report of the Probation Officer, the report from Henrico Mental Health, and such additional facts as were presented by the defendant, and it being demanded of the defendant if anything for himself he had or knew to say why judgment should not be pronounced against him according to law, and nothing being offered or alleged in delay of judgment; it is accordingly the judgment of this Court that the defendant is hereby sentenced to confinement in the penitentiary of this Commonwealth for the term of five (5) years, the execution of

Criminal Common Law Order Book 43  Page 2554

which sentence is suspended on condition he keep the peace and be of good behavior for a period of twenty (20) years and on condition he serve seven (7) months in the Henrico County Jail, with credit for time served.

Upon release from incarceration, the defendant shall be placed on probation under the supervision of a Probation Officer of this Court. As a condition of probation, the defendant is directed to participate in any counseling deemed necessary by his Probation Officer.

As a further condition of the suspended sentence, the defendant is ordered to have no contact with the victim in this case or the victim's family.

The Court further orders the defendant pay and the Commonwealth recover costs in the amount of $143.00, plus interest, for this case.

The Court certifies that at all times during this proceeding the defendant was present in person and his attorney was likewise present in person and represented him capably.

Thereupon, the defendant was remanded to the custody of the Sheriff.

The Clerk is directed to forward an attested copy of this Order to the Classification Section, Henrico County Jail, and to the Office of Probation and Parole, District #32, 4915 Radford Avenue, Suite 102, Richmond, VA 23230, attention: Donald Harding.

Enter: 6/21/91

_____
Judge

tlv

A COPY TESTE:
YVONNE G. SMITH, CLERK
_____
DEPUTY CLERK

c 6.24.91

4