UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

BRUCE SCHIFFER,

Defendant.

CR NO. 05-225   (JMF)

FILED
JUN 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DETENTION MEMORANDUM

It is ordered without objection that defendant is detained pending trial.

Mr. Schiffer's counsel represented to me that there is reason to fear for defendant's safety based on the nature of his alleged crimes. I share this concern and I bring it to the attention of the Department of Corrections in reference to the selection of the defendant's place of incarceration.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 20, 2005