UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
UNITED STATES OF AMERICA,    )
                                          )
          v.                              )          Criminal No. 05-0225 (PLF)
                                          )
BRUCE A. SCHIFFER,               )
                                          )
                Defendant.            )
_____)

ORDER

          Sentencing in this matter has been scheduled for February 9, 2006.

Accordingly, it is hereby

          ORDERED that sentencing shall take place on February 9, 2006 at 9:15 a.m.; it is

          FURTHER ORDERED that any party wishing to file a memorandum in aid of

sentencing shall do so on or before January 30, 2006; and that any response to such a

memorandum shall be filed on or before February 6, 2006; it is

          FURTHER ORDERED that any motion for an extension of time in which to file

papers shall be filed at least four days prior to the deadline the motion is seeking to extend, and

shall include (1) the number of previous extensions of time granted, (2) the good cause

supporting the motion, (3) a statement of the effect that the granting of the motion will have on

existing deadlines, and (4) a statement of the opposing party's position with respect to the

motion; and it is

          FURTHER ORDERED that any motion to reschedule the sentencing shall be filed

(and hand-delivered or faxed to the Chambers of this Court and to opposing counsel) on or

before February 6, 2006, and shall state (1) the good cause supporting the motion, (2) a statement

of the opposing party's position with respect to the motion, and (3) four alternative dates and times that are convenient to both parties.  In the absence of such a timely motion by one or both parties, sentencing shall take place as scheduled.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 14, 2005