CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )  Criminal No. 05-225 (PLF)
)
)  **FILED**
)
BRUCE A. SCHIFFER )  OCT 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____
Judge Paul L. Friedman
United States District Court