**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Crim No. 05-225 (PLF)** |
| | ) | |
| **BRUCE SCHIIFER** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING

Defendant, Bruce Schiffer, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case for an additional forty-five (45) days. As grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for February 9, 2006.

2. On October 14, 2005, the Defendant entered guilty pleas to Counts 1, 2, 8 and 11 of the instant indictment.

3. Due to the nature of the charges and complexity of the case, counsel for the Defendant have conducted an extensive pre-sentence investigation in this case to 1) assist the Court in fashioning the appropriate sentence in the case and 2) ensure that the Defendant receives proper treatment while serving his sentence. Counsels' pre-sentence investigation, however, is not yet complete.

4. Counsel therefore request that the sentencing in this case be continued for forty-five days.

5. The Government, per Assistant United States Attorney, takes no position on this

motion.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Michelle Peterson

_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel
for the government, AUSA Jeanne Hauch, this 6th day of February, 2006.

_____/s/_____
David W. Bos