UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 05-225 (PLF) |
| ) | |
| BRUCE SCHIFFER ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing, it is this _____ day of February, 2006,

**ORDERED** that sentencing scheduled for February 9, 2006, be rescheduled to _____, 2006, at _____ .m.

						_____
						PAUL L. FRIEDMAN
						UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Jeanne Hauch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001