UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br> Plaintiff, )<br>  )<br> v. )<br>  )<br> BRUCE SCHIIFER )<br>  )<br> Defendant. )<br>  ) | Crim No. 05-225 (PLF) |

**MOTION TO CONTINUE SENTENCING**

Defendant, Bruce Schiffer, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case for an additional ninety (90) days. As grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for March 23, 2006.

2. To assist in preparing for the upcoming sentencing, counsel retained a mental health professional to evaluate the Defendant. That evaluation was completed and forwarded to counsel last week. Based on the result of that evaluation, however, counsel for the Defendant believe that additional mental health evaluations are necessary to effectively represent the Defendant in this matter.

3. Counsel therefore request that the sentencing in this case be continued for ninety days to allow counsel for the Defendant to obtain the additional mental health evaluations.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Michelle Peterson

_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Jeanne Hauch, this 14th day of March, 2006.

_____/s/_____
David W. Bos