# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Crim No. 05-225 (PLF)** |
| ) | |
| **BRUCE SCHIFFER** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION TO CONTINUE SENTENCING

Defendant, Bruce Schiffer, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case until mis-September, 2006.  As  grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for June 28, 2006.

2. Because of the complexities of this case, counsel have retained mental health professionals to evaluate the Defendant to assist counsel in preparing for the sentencing in this case. The evaluations by the mental health professionals, which counsel believe are necessary to effectively represent the Defendant in this matter, will not be completed until late August.[1]

3.  Counsel therefore request that the sentencing in this case be continued until mid-September, 2006, to allow counsel for the Defendant to obtain the additional mental health evaluations.

---

[1]Counsel understand that this is the second extended continuance request. Should the Court need additional information in support of this request, counsel are prepared to provide the Court with a more detailed proffer, ex parte.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
Michelle Peterson

_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel

for the government, AUSA Jeanne Hauch, this 6th day of June, 2006.

_____/s/_____
David W. Bos