UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim No. 05-225 (PLF) |
| BRUCE SCHIFFER | ) | |
| Defendant. | ) | |

**Order**

Upon consideration of defendant's motion to continue the presently scheduled sentencing it is this _____ day of June, 2006,

**ORDERED** that sentencing scheduled for June 28, 2006, be rescheduled to _____, 2006, at _____ .m.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Jeanne Hauch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001