IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| BRUCE A. SCHIFFER, : | CRIMINAL NO. : 05-225 (PLF) |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING**

      The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully opposes defendant's Motion to Continue Sentencing in this matter and asks that the Court leave the sentencing on the presently scheduled date of June 28, 2006.

      1.  On October 14, 2005, the defendant pled guilty pursuant to a plea agreement to the following counts of the indictment:  Count 1 (Advertising Child Pornography), Count 2 (Transporting Child Pornography), Count 8 (Receiving Child Pornography, and Count 11 (Possessing Child Pornography).  The Court set the sentencing for February 9, 2006.

      2.  The defendant moved to continue the February 9, 2006 sentencing date, and the Court reset the matter for March 23, 2006.

      3.  In advance of the March 23, 2006 sentencing date, the defendant again moved to continue the sentencing, on the grounds that he had not yet been able to complete a psychological examination that he wished to use at sentencing.  The government took no position on the defense motion.  The Court granted the defense motion and set the sentencing for June 28, 2006.

      4.  The defense now moves for a third time to continue the sentencing, on the same grounds

as the last time, that it has not been able to complete the mental health examination.

5. The government opposes the defense motion to continue the sentencing. The amount of delay has become excessive. There remain more than three weeks before the sentencing date. It is the understanding of the government that a psychological examination can be completed (including production of a report) in less than one week. There are a large number of qualified experts in this field in the Washington, D.C. area. Adequate time remains for the mental evaluation to be done in advance of the June 28, 2006 date.

5. It has been almost eight months since the defendant entered his guilty plea. It has been four months since the first scheduled sentencing date. The government and the community have an interest in bringing this case to closure.

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that the Court deny defendant's Motion to Continue Sentencing in this matter and leave the sentencing on the presently scheduled date of June 28, 2006.

                          Respectfully submitted,

                          KENNETH L. WAINSTEIN
                          United States Attorney
                          D.C. Bar Number 451058

By: _____
        Jeanne M. Hauch, DC Bar # 426585
        Assistant United States Attorney
        District of Columbia
        National Security Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-5776

                        Michelle Morgan-Kelly, DE Bar #3651
                        Assistant United States Attorney
                        Northern District of California
                        1301 Clay Street, Suite 340S
                        Oakland, CA 94612
                        (510)637-3705
                        (Formerly of the Child Exploitation and
                        Obscenity Section, Washington, D.C.)

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served by fax and US Mail on counsel for the defendant, Michelle Petersen, Esq., and David Bos, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515 on this ___ day of June, 2006.

                        JEANNE M. HAUCH
                        Assistant United States Attorney