IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. : 05-225 (PLF) |
| : | |
| v. : | |
| : | |
| BRUCE A. SCHIFFER, : | |
| : | |
| Defendant. : | |
| : | |

### GOVERNMENT'S REPLY TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this memorandum to reply to the Defendant's Memorandum in aid of sentencing decision to address the issue of criminal history. The government plans to respond to other arguments of the defense orally at sentencing.

The defendant argues at page 5 of its memorandum that the correct criminal history category for defendant is Category I. Upon examination of the arguments raised, the government concludes that it does not have a basis to oppose the defendant's calculation. While defendant's prior 1991 conviction does not then count in the calculation of his criminal history category, the government asserts it is still relevant to where in the applicable range the defendant should be sentenced and is a further reason for the Court to sentence him at the top of the range.

For the reasons explained previously in the Government's Memorandum in aid of sentencing

and that shall be elaborated upon at the sentencing, the government urges the Court to impose a sentence at the high end of the Sentencing Guideline range of 210-262 months.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058

By: _____
Jeanne M. Hauch, DC Bar # 426585
Assistant United States Attorney
District of Columbia
National Security Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-5776

_____
Michelle Morgan-Kelly, DE Bar #3651
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94531
(415)436-6960
(Formerly of the Child Exploitation and Obscenity Section, Washington, D.C.)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by email, fax and US Mail on counsel for the defendant, Michelle Petersen, Esq., and David Bos, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515 on this 17th day of July, 2006.

_____
JEANNE M. HAUCH
Assistant United States Attorney