UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim No. 05-225 (PLF) |
| BRUCE SCHIFER | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ENLARGEMENT OF TIME IN WHICH
TO FILE SUPPLEMENTAL PLEADING**

Defendant, Bruce Schiffer, through undersigned counsel, respectfully moves this Court for an enlargement of time in which to file his Supplemental Sentencing Pleading. As grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for August 30, 2006.

2. On July 18, 2006, the Court directed the Defendant to file a supplemental pleading regarding what, if any, impact the defendant's 1991 Virginia conviction in case CR91A00330-00 had on the computation of the Defendant's criminal history score. That same date, the Court, at the request of the Defendant, directed the Probation Department to supply the parties with the court documents from the 1991 Virginia case. The Court directed the Defendant to file his supplemental pleading by August 18, 2006.

3. On August 16, 2006, counsel spoke to the probation officer assigned to this case and was informed the Probation Department had not yet received the necessary documents from the state of Virginia concerning the 1991 case. As of today's date, August 22, 2006, the Defendant

has not received the requested additional documents from the Probation Office. Moreover, the assigned probation officer is presently out of the office and will not be returning until tomorrow, August 23, 2006.

    4. If the Defendant is correct in believing that the 1991 Virginia case cannot be used to compute his criminal history score, the advisory sentencing range in this case will be reduced substantially from 262-327 to 210-262 months in prison. Although there is a fifteen year mandatory minimum sentence in this case, the proper resolution of this issue will have a dramatic impact on the advisory sentencing range in this case.

    Counsel therefore requests an enlargement of time in which to file his supplemental sentencing pleading in this case. Specifically, counsel requests that the Defendant be allowed to file his pleading by 12:00 noon, August 24, 2006.[1]

    WHEREFORE, defendant respectfully requests that this motion be granted.

    Respectfully submitted,

    A.J. Kramer
    Federal Public Defender

    _____/s/_____
    Michelle Peterson

    _____/s/_____
    David W. Bos
    Assistant Federal Public Defender
    625 Indiana Ave., N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500, ext. 118

---

[1] Counsel for Mr. Schiffer has Jury Duty in D.C. Superior Court on August 23, 2006. Although counsel expects to be able to speak with the assigned probation officer on the 23rd, counsel may not be able to complete the supplemental pleading before the close of business that day. Co-counsel is presently on leave.