Criminal Common Law Order Book 4-9 Page 2553

Judge Harris

VIRGINIA:

    IN THE CIRCUIT COURT OF THE COUNTY OF HENRICO

COMMONWEALTH OF VIRGINIA

V.

BRUCE A. SCHIFFER

    ORDER -CASE NO. CR91-330-00F

    On June 19, 1991, came the attorney for the Commonwealth and Bruce A. Schiffer, born December 18, 1970, who stands convicted of a felony, to-wit: attempt to persuade another to commit a felony, to-wit: sodomy (Virginia Code Section 18.2-29), was led to the bar in the custody of the Sheriff of this Court, and came also Thomas L. Gordon, his attorney.

    And the Probation Officer of this Court, to whom this case has been previously referred for investigation, appeared in open court with a written report, which report he presented to the Court in open court in the presence of the defendant who was fully advised of the contents of the report and a copy of said report was also delivered to counsel for the accused.

    Thereupon the defendant and his counsel were given the right to cross-examine the Probation Officer as to any matter contained in the said report and to present any additional facts bearing upon the matter as they desired to present. The report of the Probation Officer is hereby filed as a part of the record in this case.

    Whereupon the Court taking into consideration all of the evidence in the case, the report of the Probation Officer, the report from Henrico Mental Health, and such additional facts as were presented by the defendant, and it being demanded of the defendant if anything for himself he had or knew to say why judgment should not be pronounced against him according to law, and nothing being offered or alleged in delay of judgment, it is accordingly the judgment of this Court that the defendant is hereby sentenced to confinement in the penitentiary of this Commonwealth for the term of five (5) years, the execution of

Criminal Common Law Order Book  4 3  Page 2554

which sentence is suspended on condition he keep the peace and be of good behavior for a period of twenty (20) years and on condition he serve seven (7) months in the Henrico County Jail, with credit for time served.

Upon release from incarceration, the defendant shall be placed on probation under the supervision of a Probation Officer of this Court. As a condition of probation, the defendant is directed to participate in any counseling deemed necessary by his Probation Officer.

As a further condition of the suspended sentence, the defendant is ordered to have no contact with the victim in this case or the victim's family.

The Court further orders the defendant pay and the Commonwealth recover costs in the amount of $143.00, plus interest, for this case.

The Court certifies that at all times during this proceeding the defendant was present in person and his attorney was likewise present in person and represented him capably.

Thereupon, the defendant was remanded to the custody of the Sheriff.

The Clerk is directed to forward an attested copy of this Order to the Classification Section, Henrico County Jail, and to the Office of Probation and Parole, District #32, 4915 Radford Avenue, Suite 102, Richmond, VA 23230, attention: Donald Harding.

Enter: 6/21/91

_____
Judge

tlv

A COPY TESTE:
[signature] DEPUTY CLERK

C 6.24.91

4