U.S.Probation Office 7/17/2006 4:22:47 PM   PAGE   5/006   Fax Server
Case 1:05-cr-00225-PLF   Document 30-3   Filed 08/25/2006   Page 1 of 2

07/17/2006  16:04   8046483336                 LAMBERT                      PAGE   02/03

Judge Harris

VIRGINIA:

## IN THE CIRCUIT COURT OF THE COUNTY OF HENRICO

COMMONWEALTH OF VIRGINIA

vs.

BRUCE A. SCHIFFER

### ORDER – CASE NO. CR91A330-00F

On March 29, 2006, came the attorney for the Commonwealth, and Bruce A. Schiffer, born December 18, 1970, who stands heretofore convicted of and sentenced for a felony, attempt to persuade another to commit a felony, to-wit: sodomy (Virginia Code Section 18.2-29), as charged in the indictment in Case No. CR91330-00F, was led to the bar in the custody of the Sheriff of this Court, came also, Brice Lambert, his attorney heretofore appointed, pursuant to a Show Cause Order entered January 23, 2006.

Whereupon, after taking into consideration all of the evidence and the argument of counsel, the Court Adjudges and Orders that the sentence imposed in Case No. CR91-330-00F on June 19, 1991, of confinement in the penitentiary of this Commonwealth for a term of five (5) years, the execution of which sentence which was suspended for twenty (20) years on condition he serve seven (7) months in the Henrico County Jail, is hereby revoked.

And it being demanded of the defendant if anything for himself he had or knew to say why judgment should not be pronounced against him according to law, and nothing being offered or alleged in delay of judgment, it is accordingly the judgment of this Court that the defendant is hereby sentenced in Case No. CR91A-3201-01F to confinement in the penitentiary of this Commonwealth for a term of four (4) years and five (5) months, the execution of four (4) years and five (5) months.

The Court further orders that the defendant pay, and the Commonwealth recover, costs of this proceeding in the amount of $303.00.

By operation of law, the defendant's privilege to operate a motor vehicle shall be suspended by the Department of Motor Vehicles effective fifteen (15) days from this date if the costs are not paid pursuant to Virginia Code Section 46.2-395.

U.S.Probation Office 7/17/2006 4:22:47 PM        PAGE    6/006    Fax Server
        Case 1:05-cr-00225-PLF    Document 30-3    Filed 08/25/2006    Page 2 of 2

07/17/2006  16:04    8046483336                LAMBERT                    PAGE  03/03

Page 2, Comm. vs. Bruce A. Schiffer, CR91A-330-00F

The Court certifies that at all times during this proceeding the defendant was present in person and his attorney was likewise present in person and capably represented the defendant, for which services he is allowed an attorney's fee in the amount of $135.00.

Thereupon, the defendant was remanded to the custody of the Sheriff.

The Clerk is directed to forward an attested copy of this Order to the attorney for the Commonwealth; Brice Lambert, Esquire, P.O. Box 7999, Richmond, Virginia 23223; and to the Virginia Criminal Sentencing Commission, 100 North Ninth Street, 5th Floor, Richmond, Virginia 23219.

ENTER: 6/2/06

L.A. Harris, Jr., Judge

A COPY TESTE:
YVONNE G. SMITH, CLERK

DEPUTY CLERK

**DEFENDANT IDENTIFICATION:**

Alias: none
SSN: 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        DOB: 12/18/1970    Sex: male

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED:    4 years and 5 months
TOTAL SENTENCE SUSPENDED: none

tre