Feb 20, 2006

Rachel Seeber
U.S. Department of Justice
United States Attorney's Office
Northern District of New York in Albany
James Foley Bldg.
445 Broadway,
Rm. 218
Albany, NY 12207

I received your letter and have attached a copy of a victim impact statement I've prepared for the sentencing of Norbert Morgan (Internal File Number 2005R00810 and Court Docket Number 05-CR-0539).

I would like to submit this both as input to the sentencing report, and as a victim impact statement for the sentencing itself. I am very concerned about my child's privacy however. I would like to make sure that her name and mine (since I identify myself in the statement as her mother) are kept under seal. I do not want my children further traumatized by unnecessary publicity.

Please feel free to contact me at  if you have any questions or concerns.

Thank you,



Feb 25, 2006

I am writing this statement as the mother of a child who's image appears in the pictures you have seen during this trial.

I have struggled for quite some time with how to balance seeking justice on my daughter's behalf with protecting her privacy (or what is left of it after the nightmare of the past few years.) I am providing the following statement in the interest of justice, but I also ask the court to Please place under seal any court documents that contain my daughter's name, my name, or any other identifying information (such as the name and relationship to her of the abuser)

**Contribution**:

From 2002-2003, my daughter was abused repeatedly to produce images for the purpose of being traded/shared over the internet. Without a market to receive and trade those images, without the encouragement of those who wanted to acquire the images, I truly believe this abuse would not have occurred.

All those who trade these images and thereby create the market for lurid and violent depictions of children are participants in the exploitation of my daughter. Each traded picture that placed a value on inventiveness, novelty, or cruelty played a role in egging on the abuser to even more vile acts. Everyone who participates in this evil exchange, regardless or whether they directly abused children themselves, reveled in the images of suffering, or persuaded others to abuse children on their behalf (to provide images of the abuse) has a responsibility for the effects.

**Effects**:

What are the effects? I've watched my daughter transformed from a buoyant, cheerful child full of energy and enthusiasm, to an anxious and fretful shadow of her former self. And I've then watched the painful struggle as she's worked to overcome the damage done, and build a new life for herself.

She still can't talk about what happened to her- just a whisper now and then with her eyes wide with horror. During the time these pictures were being made, she had steadily been falling behind in school. And not due to any lack of ability - she tested well above average in intelligence. She seemed to be unable to focus. And no wonder. As her classmates learned to read and spell, school their biggest challenge, she had been living a silent hell, unable to communicate the source of her distress.

Even now, she has so much trouble even talking about what happened, I can't even hope to do justice in words to her suffering. Only a child who has suffered meaningless sadistic torture, for another's idle amusement, could even begin to know.

More than a year has passed since the pictures stopped, and with months of tutoring, and constant hard work on my daughter's part, she's finally reading with confidence. She's a tough kid. She's had to be.

Throughout this nightmare, I'd longed to put my arms around my child and comfort her. But her experience left her distrustful of any touch - a hug, a kiss, an arm around the shoulder - all met with disdain and shouts of "no smooshies." For months, the only creature she would hug was the stuffed toy she carried to bed with her.

The little girl who once played at dress up and called for me to come see how beautiful she was, now hates being called pretty. She's learned that being "pretty" attracts the type of attention she dreads. After more than a year of therapy, she's beginning to recover now: she no longer smears food on her face, or pulls tangled hair over her eyes to hide behind, as she did a year ago. She even comes to mom for hugs now and then.

But the fear is not entirely gone. She still doesn't like to enter an empty room by herself, won't go upstairs to bed unless she knows that I or her brothers are upstairs as well. She washes her hands over and over again, rubbing them raw at times, trying to feel "clean".

My daughter is a courageous and resilient child, and I know that she will continue to find the strength to cope with the losses and suffering she has endured. But I also know that this will always be with her, a cross she has to bear in her life. As she grows up, looks for companionship, marries, when she holds own children in their arms- the fear and doubt brought on by this living nightmare can never be entirely erased.

**Forever**

My daughter understands that some police and social workers have seen "the pictures". She's memorized the story of how the policemen on the internet saw that a little girl was being hurt, and wouldn't stop looking for her until she was found and rescued. She likes to hear that story. But I don't know that she really understands the extent of the Internet yet, or grasps the darker side of the story - how many people saw those same pictures as something to enjoy rather than abhor.

We have no way of knowing how many pedophiles used the pictures of her being tortured and degraded as an opportunity for personal gratification. Someday, this realization will surely strike her. Then the anxious question she asks me when we meet new people at social services "have they seen the pictures?" will become a daily trial for every new face. I know it is for me, as I struggle with anger at the unbounded nature of this continuing exploitation.

If I had my way, each and every image of my daughter's sufferings would be burned. Then she would no longer have to worry about those images being used to further hurt or humiliate her. But as it is, there are those who have no shred of decency, and continue to copy and pass on these pictures. Each person who callously passes on those sickening

pictures is exposing my daughter to further shame and humiliation. As long as this continues, the pictures will always be out there.

My child dreams of accomplishing great things in her life. She sees herself one day becoming a famous movie star, or president, or both. Whenever I think about this, I am overcome with fury at those who keep these pictures alive, always waiting to be exploited in the future by the unscrupulous to cause further pain.

**A mother's fear**

Every parent knows that there are individuals out there they desperately want to keep their children away from - the sadistic predators, the merciless fiends that would prey on young lives. Each horrible, tragic tale that appears in the paper brings the silent prayer- "not my child! Please, not my child!" My daughter has already suffered so much - it seems an outrage that anyone would put her at further risk.

But then there's the cold reality - who bothers to risk prison to acquire pictures of a child being tortured and abused? Exactly the type of fiend that a parent fears! Surely the people who pass on these pictures know they're exposing the children in them to the risk of being further victimized! But it must not matter to them.

The more widely distributed these pictures become- the larger the audience- the greater the chance that they will fall into the hands of someone who feels that just looking at the suffering is not enough. Who wants to follow up with a more personal relationship. I do not want my daughter advertised to these fiends as a victim! I don't want her to have to worry when she sees a flash of recognition in a stranger's eye that they may recognize her not as a person, but as an object for abuse!

**Responsibility**

I can find no words to express the fury I feel at those who participate in this evil, or my scorn for any attempt to minimize the responsibility by feeble claims that the crime was "victimless". My daughter is a real person. She was horribly victimized to provide this source of "entertainment" She is exploited anew each and every time an image of her suffering is copied, traded or sold. While the crime is clearly conscienceless, it is hardly "victimless".

As the mother of a child victimized by this crime, I would ask that the court take into consideration the damage done by this heartless crime to my daughter and others like her (including those children who still wait for someone to rescue them from their exploitation, and have no-one here today to speak for them ), and impose the maximum sentence allowed.