

back

# Shelters - D.C.

**NorthEast**
**NorthWest**
**SouthEast**
**SouthWest**

### NorthEast

**BOYS TOWN OF WASHINGTON**
**4801 Sargent Road, NE, Washington, DC 20017**

Contact: Kara Covington (202) 832-7343
Hours: 24 hours
Population: 8-18 boys and girls Bed Capacity: 16
Services: Long term residential, emergency shelter, foster care, parent training.
Specialized Services: Wheelchair accessible

**CATHOLIC CHARITIES**
**ST. MARTIN'S HOUSE FOR WOMEN & CHILDREN**
**116 T Street, NE, Washington, DC 20002**

Contact: Ms. Laura Jackson
Hours: 24 hours Bed Capacity: 11 families
Population: Pregnant and post-partum women in recovery from drug addiction and their children.
Services: Case management; parent education; addictions counseling; NA meetings; food; shelter; clothing; referrals for health care, legal assistance, day care, education, and jobs.
Restrictions: Woman must have completed in-patient drug treatment.

**HOUSE OF RUTH**
**MADISON EMERGENCY SHELTER**
**651 10th Street, NE, Washington, DC 20002**

Contact: Phone (202) 547-2600; Fax (202) 547-9349.
Hours: Daily intake at 4:30pm Bed Capacity: 74
Population: Single adult women.
Services: Comprehensive social services.
Restrictions: Referrals not required.

## MY SISTER'S PLACE
## P.O. Box 29596, Washington, DC 20017

Contact: Staff or Volunteer, (202) 529-5261; Hotline, (202) 529-5991
Hours: Daily, 24 hours Bed Capacity: 24
Population: Battered women and their children (boys under age 12).
Services: Shelter, 24 hour hotline, advocacy services, hearing impaired (volunteers), legal and job assistance, crisis intervention, transitional housing, and support groups for battered women.
Specialized Services: Bilingual (Spanish/English) staff; wheelchair accessible.
Restrictions: Referrals not required.
Most services available only to shelter residents or on hotline. Support groups open to all. Many Volunteer Opportunities.

## SASHA BRUCE HOUSE
## 1022 Maryland Avenue, NE, Washington, DC 20002

Contact: (202) 546-4900; 547-7777 (Project Safe Place hotline).
Hours: Daily, 24 hours Bed Capacity: 15
Population: Troubled, runaway, and homeless teenagers (ages 12-17).
Services: Shelter, social services, individual and family counseling, job assistance, tutoring, transitional living program for older homeless adolescents, clothing. Reunites families whenever possible or works to find a stable living situation. Will pick up youth for program from anywhere in the city.
Restrictions: Referrals from other agencies welcome but not required.

## NorthWest

**SASHA BRUCE YOUTHWORK, INC.**
**741 Eighth Street, SE, Washington, DC 20003**
Contact: (202) 675-9340 (administration)
Hours: Administration 9:00am to 5:30pm; Residential Programs and Emergency Shelter 24 hours/day
Population: Homeless, runaway, at risk-youth. No one is turned away from the Emergency Shelter!
Services: Emergency Runaway & Homeless Youth Shelter, Teen Mothers Residential Home, Transitional and Independent Living Program (apartment living), Literacy Training Center, GED Course, AIDS Prevention Services, Consortium for Youth Alternatives, Substance Abuse Prevention and Education.

Untitled

Fellowship of Lights
1300 N. Calvert Street
Baltimore, MD 21202
(410) 837-8155
HOTLINE (410) 385-1200
Eligibility: Adolescents 12 to 17. Client access is through Hotline or walk-in.
Units/Type: 9 beds in two dormitory style rooms. No costs.
Description:  The average length of stay is 10 to 14 days. Youths must go to
school or alternative education planning while in program. Youths who exhibit
disruptive or overly aggressive, substance abuse, suicidal, or mental disorders
cannot be placed in program. Attempts will be made to find appropriate
placement. The screening and crisis intervention assessment process is done to
access to youth's situation prior to being accepted into the program.
Special HIV: No special provisions for HIV infected people.
Other Services: Advocacy, limited medical care, medical referrals, referrals
for long-term housing and employment, individual, group and family counseling,
life skills training.


Salvation Army - Booth House**
1114 N. Calvert Street
Baltimore, MD 21202
Contact: Patty Johnson, Director
(410) 685-8878
Eligibility: Homeless single parents with children or single women with access
by phone and/or by Baltimore City DSS or PATH referral.
Units/Type: Can house up to 76 people; families are placed in single-family
rooms, and single women share rooms with four other women. No costs. Twenty
additional spaces during winter.
Description: Guests must abide by house rules and curfew. The average length
of stay is 30 days. Guests are served three meals a day.
Special HIV: No special provisions for HIV infected people.
Other Services: Case management, parenting and substance abuse support groups,
church services, leisure activities

SHELTERS - Runaways and Youth


 Alternative House, Vienna (walk-in) (703) 356-6360

 Loudoun Youth Programs--referral req'd. (703) 771-5300

 Prince William Juvenile Emergency Shelter, Social Svcs.--referral req'd. (703)
792-7500

 Residential Youth Svcs., LIFT--referral req'd. (703) 548-8334

 Sasha Bruce House (202) 546-4900

 Sheltercare Program of No. Va.--referral req'd. (703) 370-0208


The Alternative House Emergency Shelter for Teenagers is located at 2100 Gallows
Road, in Vienna, Virginia 22027. The telephone number is at (703)883-0296; it is
answered by a counselor 24-hours a day, every day

Page 1

Untitled

COVENANT HOUSE
3400 M.L.K. Avenue, SE, Washington, DC 20032
Contact: (202) 610-9630
Hours: M-F 8:30am- 8:00pm
Population: Youth, ages 16-21
Services: Education, assessment, life skills, recreation, health and fitness, legal services, pastoral ministry, job placement, residential resources.
Specialized Services: Wheelchair accessible