Yahoo!  My Yahoo!  Mail

Search the web

**YAHOO! GetLocal Maps**   Sign In
New User? Sign Up

N.America   Central & S.America   Caribbean   Europe   Asia   M.East/Africa   Australia

**Frommer's**

--Enter a Destination:

# Yahoo! Maps Maps Home

Maps | **Driving Directions** Create My Locations

Starting from: **A** 1602 17th St Nw, Washington, DC 20009-2404  Save Address

Arriving at: **B** 4801 Sargent Rd Ne, Washington, DC 20017-2841  Save Address

Distance: 4.7 miles    Approximate Travel Time: 13 mins         Get Reverse Directions

statefarm.com®    **One-third of all crashes occur at intersections.**
Where are the 10 most dangerous intersections in the U

Text Only | Printable Version | Email Directions

Your Full Route

Zoom
In
1
2 street
3
4 city
5
6
7
8 state
9
10 country
Zoom
Out

Clicking on Map:

⦿ Zoom in & Re-Center

○ Re-Center Only

Your Destination

Address:
4801 Sargent Rd Ne
Washington, DC 20017-2841

© 2004 Yahoo! Inc ©2003 NAVTEQ

Directions                                        Show Turn by Turn Maps

| 1. | Start at **1602 17TH ST NW, WASHINGTON** on 17TH ST NW - go < 0.1 mi |
| 2. | Turn **L** on Q ST NW - go 0.5 mi |
| 3. | Turn **L** on VERMONT AVE NW - go 0.6 mi |

http://maps.yahoo.com/dd_result?ed=T9GRAeV.wikr2B.3yOvFeHoSxAiKo5IuhVQVJHT...    5/24/2004

| 4. | Turn **L** on FLORIDA AVE NW - go 0.1 mi |
|---|---|
| 5. | Continue on SHERMAN AVE NW - go 0.5 mi |
| 6. | Turn **R** on HARVARD ST NW - go 0.3 mi |
| 7. | Turn **L** on MICHIGAN AVE NW - go 0.1 mi |
| 8. | Turn **L** on IRVING ST NW - go 0.6 mi |
| 9. | Continue on IRVING ST NE - go 0.4 mi |
| 10. | Turn **L** on MICHIGAN AVE NE - go 1.1 mi |
| 11. | Turn **L** on 13TH ST NE - go 0.3 mi |
| 12. | Continue on SARGENT RD NE - go 0.2 mi |
| 13. | Arrive at 4801 SARGENT RD NE, WASHINGTON |

When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

**Get New Driving Directions**

**A** Enter starting address or select from My Locations       **B** Enter destination address or select from My Locations

My Locations Sign In                                          My Locations Sign In
-- My Locations --                                            -- My Locations --
Address                                                       Address
1602 17th St Nw                                               4801 Sargent Rd Ne
City, State or Zip                                            City, State or Zip
Washington, DC 20009-2404                                     Washington, DC 20017-2841
Country                                                       Country
United States                                                 United States

Learn about Mobile Phone Directions

Copyright © 2004 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright Policy - Yahoo! Maps Terms of Use - Help - Ad Feedback