UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :

v.                                  :   Cr. No. 05-225 (PLF)

BRUCE A. SCHIFFER                   :

                Defendant.   :

## NOTICE OF APPEAL

Name and address of appellant:      Bruce A. Schiffer
                                    D.C. Detention Facility
                                    1901 E Street, N.W., WDC 20003

Name and address of appellant's attorney:   David W. Bos
                                            Assistant Federal Public Defender
                                            625 Indiana Avenue, NW, Suite 550
                                            Washington, DC 20004

Offense:   18 U.S.C. § 2251(d)(1)(A) - Advertising Child Pornography; 18 U.S.C. § 2252(a)(1) - Transporting Child Pornography; 18 U.S.C. § 2252(a)(2) - Receiving Child Pornography; and 18 U.S.C. § 2252(a)(4) - Possessing Child Pornography

Concise statement of judgment or order, giving date, and any sentence:
    September 8, 2006 - 300 months on count 1; 60 months on counts 2 & 8 to run concurrently; 120 months on count 11 to run concurrently with the sentence 1, 2, & 8; supervised release for life; $400 special assessment; and $40,000 fine.

Name of institution where now confined, if not on bail:   D.C. Detention Center

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

    9/18/06                    Bruce A. Schiffer
DATE                              APPELLANT

CJA, NO FEE _____   FPD _____
PAID USDC FEE _____ No _____
PAID USCA FEE _____ No _____
                                            ATTORNEY FOR APPELLANT

Does counsel wish to appear on appeal?   ___ Yes   _X_ No
Has counsel ordered transcripts?         ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No